THOMAS M. HERLIHY (SBN 83615)
LAURA E. FANNON (SBN 111500)
JOHN T. BURNITE (SBN 162223)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA  94104
Telephone:  (415) 951-0535
Facsimile:   (415) 391-7808

Attorneys for Defendant
HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 12/5/06*

| | |
|---|---|
| VALERIE LYTLE, KRISTYN ASHLEY THOMPSON, CHARLES KEITH THOMPSON,<br><br>           Plaintiffs,<br><br>     v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, and Does 1 to 10, inclusive,<br><br>           Defendants. | CASE NO. 06-CV-05297 RMW<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; ORDER** |

## STIPULATION

Plaintiffs Valerie Lytle, Kristyn Ashley Thompson, Charles Keith Thompson and defendant Hartford Life and Accident Insurance Company ("The Hartford"), by and through their respective counsel, hereby stipulate and agree, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that this action may be, and hereby is, dismissed with prejudice. The parties shall bear their own costs of suit.

KELLY, HERLIHY & KLEIN LLP

Dated: November 21, 2006    By /s/ Laura E. Fannon
Laura E. Fannon
Attorneys for Defendant
HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY

WOODALL & ALMEIDA
Attorneys at Law

Dated: November 3, 2006    By /s/ James C. Almeida
James C. Almeida
Attorneys for Plaintiffs
VALERIE LYTLE, KRISTYN ASHLEY
THOMPSON, CHARLES KEITH THOMPSON

## ORDER

IT IS SO ORDERED.

Dated   12/5/06

/S/ RONALD M. WHYTE
HON. RONALD M. WHYTE
Judge, United States District Court

E:\26229\P05.wpd